IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WRIGHT, | : |
| Petitioner, | : |
| vs. | :   CIVIL ACTION 05-0395-BH-C |
| WILLIE THOMAS, | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** this 26th day of September, 2005.

                                                                  W. B. HAND
                                          SENIOR DISTRICT JUDGE